Appeal from an order entered in the New York county clerk's office on
the 22d day of November, 1911, as resettled by an order entered on the 4th
day of December, 1911, granting a motion for an injunction *pendente lite.*

PER CURIAM. We are of opinion that the right of the plaintiff to injunc-
tive relief against the individual defendant is not sufficiently clear to
entitle it at this time to a temporary injunction as granted by the order
from which the appeal is taken. We do not pass upon the question as to
such right at this time, leaving that to be determined upon the trial. The
order appealed from should be modified by confining the injunction to the
defendant corporation, and as so modified affirmed, without costs. Pres-
ent — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.;
Clarke and Scott, JJ., dissented and voted for affirmance. Order modi-
fied as directed in opinion and as so modified affirmed, without costs.
Order to be settled on notice.

---

SOLOMON KATZ, an Infant, by MARY KATZ, His Guardian ad Litem,
Appellant, *v.* CHARLES H. LOTT, Respondent.

Appeal from a judgment entered in the New York county clerk's office
on the 23d day of June, 1911, upon a verdict directed by the court and
from an order denying a motion for a new trial.

PER CURIAM: We think that there was a question of fact for the jury
and that upon the evidence the learned trial judge was not justified in
directing a verdict for the defendant. The judgment and order appealed
from should be reversed and a new trial ordered, with costs to appellant
to abide event. Present — Ingraham, P. J., McLaughlin, Laughlin, Miller
and Dowling, JJ.; McLaughlin, J., dissented. Judgment and order
reversed and new trial ordered, with costs to appellant to abide event.

---

Bert K. Bloch, Appellant, v. Frank Bernat, Respondent.— Order
affirmed, with ten dollars costs and disbursements. No opinion.

Julius Weinman, Appellant, v John S. Shea, Individually and as Sheriff
of the County of New York, Respondent.— Order affirmed, with ten dol
lars costs and disbursements. No opinion.

Paul R. G Horst, Respondent, v. Oregon Railroad and Navigation Com-
pany, Appellant.— Order affirmed, with ten dollars costs and disburse-
ments. No opinion.

Paul R. G Horst, Respondent, v. Southern Pacific Company, Appellant.
— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mount Morris Bank, Plaintiff, v Elmore S. Banks, as Committee of the
Property of Julia M. Curtiss, an Incompetent Person, Respondent,
Impleaded with Julia Curtiss Lawrence, Formerly Julia M. Curtiss, Appel-
lant, and Annie S Watt, Individually and as Administratrix of Thomas
L. Watt, Deceased.— Order affirmed, with ten dollars costs and disburse-
ments. No opinion.